AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VASCURA, CHELSEY M. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OH | 04/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

JOSEPH P. KINNEARY UNITED STATES COURTHOUSE
85 MARCONI BOULEVARD
ROOM 172
COLUMBUS, OH 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER, VICE PRES. | OHIO LAWYERS ASSISTANCE PROGRAM |
| 2. | BOARD MEMBER, PRES. | COLUMBUS CHAPTER OF FEDERAL BAR ASSOCIATION |
| 3. | BOARD MEMBER | STEPHENS-MATTHEWS MARKETING, INC. |
| 4. | ADJUNCT PROFESSOR | ▓▓▓▓▓▓▓▓▓▓▓ |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| VASCURA, CHELSEY M. | 04/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2018 | ▨▨▨▨▨▨▨▨▨▨▨▨▨ (TEACHING INCOME) | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2018 | ▨▨▨▨▨▨▨▨▨▨ (SALARY) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WESBANCO ACCOUNTS (various cash accounts) | A | Interest | K | T | | | | | |
| 2. PAYFLEX DEPOSIT ACCOUNT (cash account) | A | Interest | K | T | | | | | |
| 3. SCHWAB FUNDAMENTAL US LARGE CO. INDEX FUND (SFLNX) | D | Dividend | L | T | | | | | |
| 4. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 5. STRS RSSLL 2000 INDEX RTN | | None | J | T | | | | | |
| 6. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 7. VANGUARD 500 INDEX OPTION | | None | K | T | | | | | |
| 8. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |
| 9. VANGUARD EXTENDED MARKET INDEX OPTION | | None | J | T | | | | | |
| 10. VANGUARD 500 INDEX OPTION | | None | J | T | | | | | |
| 11. BROKERAGE #1 (H) | | | | | | | | | |
| 12. CHARLES SCHWAB DEPOSIT ACCOUNT (CASH) | A | Interest | J | T | | | | | |
| 13. ALLERGAN PLC (AGN) | A | Dividend | J | T | | | | | |
| 14. BGC PARTNERS A (BGCP) | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 15. BANK OF AMERICA CORP (BAC) | A | Dividend | K | T | | | | | |
| 16. CITIGROUP INC (C) | A | Dividend | K | T | | | | | |
| 17. LUMENTUM HOLDINGS INC (LITE) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KANDI TECHNOLOGS GRP (KNDI) | | None | | | Sold | 09/04/18 | J | | |
| 19. MGIC INVESTMENT (MTG) | | None | K | T | | | | | |
| 20. OCLARO INC. (OCLR) | | None | | | Merged (with line 17) | 12/11/18 | K | C | |
| 21. NEWMARK GROUP INC (NMRK) | | None | J | T | Spinoff (from line 14) | 11/30/18 | J | | |
| 22. PITNEY BOWES INCE (PBI) | B | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 23. TRINITY INDUSTRIES (TRN) | A | Dividend | | | Sold | 09/04/18 | K | C | |
| 24. VALE SA ADR (VALE) | A | Dividend | K | T | | | | | |
| 25. VANGUARD RUSSELL 2000 ETF (VTWO) | A | Dividend | K | T | Buy | 09/04/18 | K | | |
| 26. SCHWAB US BROAD MKT ETF (SCHB) | A | Dividend | K | T | Buy | 03/23/18 | J | | |
| 27. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 28. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 29. | | | | | Buy (add'l) | 11/21/18 | K | | |
| 30. IRA #1 (H) | | | | | | | | | |
| 31. CHARLES SCHWAB DEPOSIT ACCOUNT (CASH) (Y) | | | | | | | | | |
| 32. ARCOSE INC (ACA) | | None | J | T | Spinoff (from line 37) | 10/31/18 | J | | |
| 33. CHIMERA INVESTMENT (CIM) | B | Dividend | J | T | | | | | |
| 34. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GLADSTONE INVESTMENT (GAIN) | B | Dividend | J | T | | | | | |
| 36. PETROLEO BRASILEIRO F ADR (PBR) | A | Dividend | K | T | | | | | |
| 37. TRINITY INDUSTRIES (TRN) | A | Dividend | J | T | | | | | |
| 38. SCHWAB US BROAD MARKET (SCHB) | A | Dividend | K | T | Sold | 04/30/18 | K | C | |
| 39. | | | | | Buy | 07/19/18 | J | | |
| 40. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 41. IRA #2 (H) | | | | | | | | | |
| 42. CHARLES SCHWAB DEPOSIT ACCOUNT (CASH) (Y) | | | | | | | | | |
| 43. CHIMERA INVESTMENT (CIM) | A | Dividend | J | T | | | | | |
| 44. CITIGROUP INC (C) | A | Dividend | K | T | Sold (part) | 09/04/18 | K | D | |
| 45. CLIFFS NATURAL RES (CLF) | | None | K | T | | | | | |
| 46. EBAY INC. (EBAY) | | None | J | T | | | | | |
| 47. JCPENNY CO INC (JCP) | | None | | | Sold | 09/04/18 | J | | |
| 48. MGIC INVESTMENT (MTG) | | None | J | T | | | | | |
| 49. PITNEY BOWES INC (PBI) | A | Dividend | J | T | | | | | |
| 50. RADIAN GROUP INC (RDN) | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 51. SCHWAB US BROAD MARKET (SCHB) | A | Dividend | K | T | Buy (add'l) | 02/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/30/18 | J | B | |
| 53. | | | | | Buy (add'l) | 09/04/18 | K | | |
| 54. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 55. CVR REFINING LP (CVRR) | C | Dividend | K | T | | | | | |
| 56. IRA #3 (H) | | | | | | | | | |
| 57. Schwab Cash Deposit Acct | | None | J | T | Open | 04/11/18 | J | | |
| 58. IRA #4 (H) | | | | | | | | | |
| 59. Schwab Cash Deposit Acct | | None | J | T | Open | 04/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| VASCURA, CHELSEY M. | 04/22/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHELSEY M. VASCURA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544